Form FTP

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re: | Carol Lee DePuydt–Meier | Case No.: 20–41288 WJL 13 |
|---|---|---|
| | aka Carole DePuydt Meier<br>aka Carol D. Meier<br>dba Boneyard Furniture<br>Debtor(s) | Chapter: 13 |

## ORDER AND NOTICE RE: FAILURE TO PAY FILING FEE

According to the court's records, the debtor(s) in this Chapter 13 case has failed to pay the appropriate filing fee in accordance with 28 U.S.C. §1930.

Pursuant to 11 U.S.C. §102(1), §105(a), and §707(a)(2), §1112(b)(10) or §1307(c)(2), you are hereby notified that this case will be dismissed within 14 days of the date of this order without further notice or hearing, unless within that fourteen (14) day period:

1. The debtor(s) pay in full the appropriate filing fee; or

2. The debtor(s) or a party–in–interest files a written objection to this order and requests a hearing.

Dated: 8/14/20

By the Court:

William J. Lafferty
United States Bankruptcy Judge