# Notice Recipients

District/Off: 0971–4 | User: pwright | Date Created: 8/14/2020
Case: 20–41288 | Form ID: FTP | Total: 3

**Recipients of Notice of Electronic Filing:**
ust     Office of the U.S. Trustee/Oak     USTPRegion17.OA.ECF@usdoj.gov
tr     Martha G. Bronitsky     13trustee@oak13.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Carol Lee DePuydt–Meier     61 Rudgear Drive     Walnut Creek, CA 94596

TOTAL: 1