```
                          United States Bankruptcy Court
                          Northern District of California
```

In re:                                                              Case No. 20-41288-WJL
Carol Lee DePuydt-Meier                                             Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-4     User: admin     Page 1 of 1     Date Rcvd: Sep 01, 2020
                          Form ID: OFT     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2020.
db         +Carol Lee DePuydt-Meier,    61 Rudgear Drive,    Walnut Creek, CA 94596-6313

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                  TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2020                                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2020 at the address(es) listed below:
         Diane V. Weifenbach    on behalf of Creditor    U.S. Bank National Association As Legal Title Trustee for Truman 2016 SC6 Title Trust diane@attylsi.com,   bankruptcy1@attylsi.com
         Martha G. Bronitsky    13trustee@oak13.com
         Office of the U.S. Trustee/Oak    USTPRegion17.OA.ECF@usdoj.gov
                                                                                                                       TOTAL: 3

Form OFT

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| **In re Debtor(s):**<br><br>Carol Lee DePuydt–Meier<br>aka   Carole DePuydt Meier<br>aka   Carol D. Meier<br>dba   Boneyard Furniture | Case No.: 20–41288 WJL 13<br>Chapter: 13 |

**ORDER AND NOTICE**
**re: Failure to Submit Federal Income Tax Return to the Trustee**

The trustee has certified that the debtor(s) named above failed to submit a copy of their Federal Income tax return to the Trustee as required by 11 U.S.C.§ 521(e)(2)(A)(i).

IT IS HEREBY ORDERED that unless within 14 days of the date of this order, the debtor(s) either: (a) provides the trustee with a copy of the required tax document; (b) files a declaration which demonstrates that the failure to so comply is due to circumstances beyond the control of the debtor; or (c) files a written response to this Order and Notice and requests a hearing, the court SHALL DISMISS this case without further notice or hearing. If a request for a hearing is made by the debtor(s), the trustee will provide written notice of the hearing.

Dated: 8/31/20

By the Court:

William J. Lafferty
United States Bankruptcy Judge