```
                          United States Bankruptcy Court
                          Northern District of California
```

In re:                                                          Case No. 20-41288-WJL
Carol Lee DePuydt-Meier                                         Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-4          User: pwright         Page 1 of 1           Date Rcvd: Sep 14, 2020
                              Form ID: pdfntc       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2020.
db              +Carol Lee DePuydt-Meier,   61 Rudgear Drive,   Walnut Creek, CA 94596-6313

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2020 at the address(es) listed below:
          Diane V. Weifenbach   on behalf of Creditor    U.S. Bank National Association As Legal Title
           Trustee for Truman 2016 SC6 Title Trust diane@attylsi.com, bankruptcy1@attylsi.com
          Martha G. Bronitsky    13trustee@oak13.com
          Office of the U.S. Trustee/Oak    USTPRegion17.OA.ECF@usdoj.gov
                                                                                             TOTAL: 3

Office of the Clerk
United States Bankruptcy Court
Northern District of California

Carol Lee DePuydt-Meier
61 Rudgear Drive
Walnut Creek, CA 94596

Re:   Deficiency Letter  -  20-41288 WJL 13; Carol Lee DePuydt-Meier

The Clerk's Office is unable to process your request for the following reason:

[X]   Personal checks, debtor checks and third party checks are not accepted. Cashier's checks or money orders are required.

[ ]   The check must be made payable to Clerk, U.S. Bankruptcy Court.

[ ]   The amount of your check is incorrect. Please resubmit for the correct amount of $_____

[ ]   The check is not signed. Please sign and return back to the Court.

[X]   Fee Required in the amount of $181.00 for the Motion to Approve Short Sale of Real Property.

[ ]   Other: _____

9/14/20

Sincerely,
Edward J. Emmons
Clerk of Court

By: *Phyllis L. Wright*
    Deputy Clerk

Enclosure(s)