The following constitutes the order of the Court.
Signed: October 7, 2020

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 20-41288 WJL |
| Carol Lee Depuydt-Meier, | Chapter 13 |
| | **HEARING SCHEDULED** |
| | DATE: October 8, 2020 |
| Debtor. | TIME: 1:30 p.m. |
| | VIA VIDEOCONFERENCE |

**ORDER DENYING MOTION FOR CONTINUANCE**

On October 7, 2020, pro se Debtor filed a Request For Continuance Of Hearing Confirmation Hearing And Hearing For Objection To Exemptions (the "Motion") (Dkt. 74). The Motion requests a continuance of the hearings currently scheduled for the above-captioned date and time because the notice period has not yet run on Debtor's Third Amended Chapter 13 Plan (Dkt. 62) and because the Debtor is working with the Trustee's office on issues that may require a Fourth Amended Plan.

The Court is pleased to hear that Debtor is working with the Trustee's Office on issues hindering confirmation, and believes the currently scheduled hearings will only further aid in that process.

Accordingly, the Court HEREBY DENIES the Motion. The hearings shall continue as scheduled.

**\*END OF ORDER\***

**COURT SERVICE LIST**

Carol Lee DePuydt-Meier
61 Rudgear Drive
Walnut Creek, CA 94596