| | |
|---|---|
| 1 | PROBER & RAPHAEL, A LAW CORPORATION |
| 2 | Lee S. Raphael, Esquire, #180030 |
|   | Bonni S. Mantovani, Esquire #106353 |
| 3 | Diana Torres-Brito, Esquire #163193 |
|   | P.O. Box 4365 |
| 4 | Woodland Hills, CA 91365-4365 |
|   | (818) 227-0100 |
| 5 | (818) 227-0637 (facsimile) |
|   | cmartin@pralc.com |
| 6 | Attorneys for Secured Creditor |
| 7 | F.113-1567 |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re | Bk. No. 20-41288 |
| CAROL LEE DEPUYDT-MEIER AKA CAROLE DEPUYDT MEIER AKA CAROL D. MEIER DBA BONEYARD FURNITURE, | CHAPTER 13 |
| | WITHDRAWAL OBJECTION TO CHAPTER 13 PLAN AND CONFIRMATION THEREOF |
| Debtor. | |
| | Hearing- |
| | Date: December 10, 2020 |
| | Time: 1:30 p.m. |
| | Place: U.S. Bankruptcy Court |
| |     1300 Clay Street, |
| |     Oakland, CA |
| |     Courtroom 220 |

TO DEBTOR, HER COUNSEL, THE CHAPTER 13 TRUSTEE, AND ALL OTHER INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that B&B Funding, LLC, its assignees and/or successors in interest, Secured Creditor and holder of a lien on the property described as **61 Rudgear Drive, Walnut Creek, CA 94596**, hereby withdraws, without prejudice, its Objections to Chapter 13 Plan and Confirmation Thereof filed on October 21, 2020 as Document #85, in the

1

above-entitled bankruptcy case.

Dated: October 27, 2020     Prober & Raphael, A Law Corporation

By /s/ Diana Torres-Brito
   Diana Torres-Brito, Esquire #163193
Attorney for Secured Creditor