PROBER & RAPHAEL, A LAW CORPORATION
Lee S. Raphael, Esquire, #180030
Bonni S. Mantovani, Esquire #106353
Diana Torres-Brito, Esquire #163193
P.O. Box 4365
Woodland Hills, CA 91365-4365
(818) 227-0100
(818) 227-0637 (facsimile)
cmartin@pralc.com
Attorneys for Secured Creditor
F.113-1567

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>CAROL LEE DEPUYDT-MEIER AKA CAROLE DEPUYDT MEIER AKA CAROL D. MEIER DBA BONEYARD FURNITURE,<br><br>Debtor. | Bk. No. 20-41288<br><br>CHAPTER 13<br><br>WITHDRAWAL OF OPPOSITION TO DEBTOR'S MOTION TO VALUE LIEN AND COLLATERAL<br><br>Hearing-<br>Date: November 12, 2020<br>Time: 1:30 p.m.<br>Place: U.S. Bankruptcy Court<br>      1300 Clay Street,<br>      Oakland, CA<br>      Courtroom 220 |

TO DEBTOR, HER COUNSEL, THE CHAPTER 13 TRUSTEE, AND ALL OTHER INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that B&B Funding, LLC, its assignees and/or successors in interest, Secured Creditor and holder of a junior lien on the property described as **61 Rudgear Drive, Walnut Creek, CA 94596**, hereby withdraws, without prejudice, its Opposition to Debtor's Motion to Value Lien and Collateral filed on October 20, 2020 as Document #83, in the

1

above-entitled bankruptcy case.

Dated: October 27, 2020          Prober & Raphael, A Law Corporation

                                 By /s/ Diana Torres-Brito
                                    Diana Torres-Brito, Esquire #163193
                                 Attorney for Secured Creditor