Diane Weifenbach, Esq. (SBN 162053)
LAW OFFICES OF DIANE WEIFENBACH
5120 E. LaPalma, Suite 209
Anaheim, CA 92807
Ph: (714) 695-6637
Email: diane@attylsi.com

Attorney for Secured Creditor U.S. BANK, NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| In Re:<br><br>CAROL LEE DEPUYDT-MEIER,<br><br>   DEBTOR,<br><br>―――――――――――――――<br><br>U.S. BANK, NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST<br><br>   MOVANT<br><br>v.<br><br>CAROL LEE DEPUYDT-MEIER, DEBTOR; MARTHA G. BRONITSKY, CHAPTER 13 TRUSTEE,<br><br>   RESPONDENTS. | CASE NO.: 20-41288<br><br>CHAPTER 13<br><br>DC No: DVW-001<br><br>**MOTION FOR RELIEF FROM THE AUTOMATIC STAY; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>DATE: 12/09/2020<br>TIME: 9:30 am<br>CTRM: 220<br>U.S. Bankruptcy Court<br>1300 Clay Street, Oakland, CA 94612<br><br>Honorable William J. Lafferty<br><br>Property: 61 Rudgear Drive,<br>               Walnut Creek, CA 94596 |

      COMES NOW, Movant U.S. BANK, NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST ("Movant"), and files the within Motion for Relief From Stay and Memorandum of Points and Authorities in Support Thereof pursuant to *11 U.S.C. Section 362(d)(1)* and respectfully represents as follows.

1 **MOTION FOR RELIEF FROM AUTOMATIC STAY; MEMORANDUM OF POINTS AND AUTHORITIES**

# I.

# STATEMENT OF FACTS

1. On or about March 30, 2006, CAROL LEE DEPUYDT-MEIER ("Debtor") executed a Note in the sum of $600,000.00 naming DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A. as Payee. Said Note is secured by a Deed of Trust of even date in the sum of $600,000.00 naming DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A. as Beneficiary, recorded in the Office of the County Recorder of Contra Costa County on April 6, 2006 as Document No. 2006-0106478-00 and encumbering the real property located at 61 Rudgear Drive, Walnut Creek, CA 94596 (the "Property"). True and correct copies of the Note and Deed of Trust are attached to the Declaration in Support of Motion for Relief from the Automatic Stay as Exhibits "1" and "2".

2. All beneficial interest in the Note and Deed of Trust were assigned to Movant. Movant, directly or through its Agent, is in possession, custody, and control of the original endorsed Note assigning all rights, title, and interest therein to Movant.

3. An Assignment of the Deed of Trust was recorded on October 4, 2012 as Document No 2012-0245207 assigning all right, title and interest in the Note and Deed of Trust to U.S. Bank, National Association. A subsequent Assignment of the Deed of Trust was recorded on January 28, 2019, Document No. 2019-0011296-00, assigning all right, title and interest in the Note and Deed of Trust to U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust, Movant herein, which Assignment was recorded in the Office of the Contra Costa County Recorder. A true and correct copy of the Assignments are attached to the Decl. as Exhibit "3".

4. A BankruptcyPetition was filed by Debtor on 08/03/2020.

5. A Notice of Default was recorded on 01/24/2020.

6. A Notice of Sale was recorded on 05/04/2020.

7. A foreclosure sale is currently set for December 17, 2020.

8. At the time of the Debtor's Bankruptcy filing the total amount owing under the Note and Deed of Trust was no less than $924,688.73 with $402,065.78 in pre-petition mortgage arrears.

9. The monthly post-petition mortgage payment is currently $3,053.07.

10. Debtor has defaulted on her obligations due and owing Movant by failing to tender the post-petition mortgage payments for the months of September 1, 2020 through November 1, 2020 including, a total of (three) 3 delinquent post-petition payments and post-petition arrears of $9,159.21. Debtor has $0.00 in her suspense account. The total delinquency is $9,159.21. A true and correct copy of the post-petition accounting of the loan is attached to the Declaration as Exhibit "4".

11. There is currently no loan modification application pending.

## II. MEMORANDUM OF POINTS AND AUTHORITIES

### A. RELIEF FROM STAY SHOULD BE GRANTED UNDER SECTION 362(d)(1) FOR CAUSE

**1. Lack of Adequate Protection**

Pursuant to *Section 362(d)(1)* cause exists to grant relief from stay if Movant's security interest is not adequately protected. Movant submits that adequate protection in this case requires normal and periodic cash payments to Movant, as called for by the Note, plus repayment of any and all delinquent amounts owed to Movant, including all attorney's fees and costs incurred in the filing of the Motion. As set forth above, Debtors have failed to tender (three) 3 of the required post-petition mortgage payments and the post-petition delinquency is currently no less than $9,159.21.

For the foregoing reasons, and based upon the evidence set forth in this Motion, this Court should grant relief from the automatic stay to allow Movant to enforce its rights and remedies under its Note and Deed of Trust pursuant to *Section 362(d)(1)*.

3 MOTION FOR RELIEF FROM AUTOMATIC STAY; MEMORANDUM OF POINTS AND AUTHORITIES

# III. CONCLUSION

Movant moves for relief from the automatic stay pursuant to *11 U.S.C. Section 362(d)(1)* on the grounds set forth above.

WHEREFORE, Movant respectfully prays for an Order of this Court:

1. Terminating the automatic stay of *11 USC Section 362(d)(1)* as it applies to the enforcement by Movant, its agents, successors and assigns, of all if its rights and remedies in the Property under its Note, Deed of Trust and applicable law;

2. That the 14 day stay period proscribed by *Bankruptcy Rule 4001(a)(3)* be waived;

3. Granting Movant leave to foreclose on the Property and to enforce its security interest in the Property, including any action necessary to obtain possession of the Property;

4. That Movant be awarded its attorney's fees and costs in the sum of $1,263.00;

5. For such other and further relief as the court deems just and proper.

Dated: 11/23/2020	LAW OFFICES OF DIANE WEIFENBACH

/s/ Diane V. Weifenbach
Diane V. Weifenbach, Esq.
Attorney for Movant
U.S. BANK, NATIONAL ASSOCIATION AS
LEGAL TITLE TRUSTEE FOR TRUMAN 2016
SC6 TITLE TRUST