Diane Weifenbach, Esq. (SBN 162053)
LAW OFFICES OF DIANE WEIFENBACH
5120 E. LaPalma, Suite 209
Anaheim, CA 92807
Ph: (714) 695-6637
Email: diane@attylsi.com

Attorney for Secured Creditor U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| In Re:<br><br>CAROL LEE DEPUYDT-MEIER,<br><br>    Debtor.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST,<br><br>    Movant.<br><br>v.<br><br>CAROL LEE DEPUYDT-MEIER, DEBTOR; MARTHA G. BRONITSKY, CHAPTER 13 TRUSTEE,<br><br>    Respondents. | CASE NO. : 20-41288<br><br>CHAPTER 13<br><br>RS: DVW-001<br><br>**NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>DATE: 12/09/2020<br>TIME: 9:30 am<br>PLACE: Tele/Videoconference<br><br>Honorable William J. Lafferty, III<br><br>Property: 61 Rudgear Drive<br>          Walnut Creek, CA 94596 |

TO THE DEBTOR, THE CHAPTER 13 TRUSTEE, AND INTERESTED PARTIES:

      PLEASE TAKE NOTICE THAT on December 9, 2020 at 9:30 a.m. a hearing will be held, on the Motion of Movant U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST, ("Movant") for Relief From the Automatic Stay, The Honorable William J. Lafferty, III, Presiding. The hearing will be held

via telephone or videoconference. Movant requests an Order terminating the automatic stay so it can proceed to exercise its rights and remedies under its loan document and applicable state law, including but not limited to foreclosure proceedings with regard to the real property located at 61 Rudgear Drive, Walnut Creek, CA 94596.

The hearing on this Motion will take place via telephone or videoconference. No live appearance will be allowed in the courtroom. Court Call must be contacted at least 24 hours in advance to schedule an appearance at the hearing at (888) 882-6878. The service is free for self-represented parties.

PLEASE BE FURTHER ADVISED that pursuant to this court's Fourth Amended General Order 38, the hearing will not be conducted in the Presiding Judge's Courtroom, but INSTEAD WILL BE CONDUCTED BY TELEPHONE OR VIDEO:

"All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website."

PLEASE BE FURTHER ADVISED that Debtor or Counsel should appear via telephone/Videoconference at the hearing. If you fail to appear or by counsel at the hearing, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief. You are not required to, but may file responsive pleadings, points and authorities and declarations.

Dated: 11/24/2020            LAW OFFICES OF DIANE WEIFENBACH

/s/ Diane V. Weifenbach
Diane V. Weifenbach, Esq.
Attorney for Movant US BANK, NA AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST