Diane Weifenbach, Esq. (SBN 162053)
LAW OFFICES OF DIANE WEIFENBACH
5120 E. LaPalma, Suite 209
Anaheim, CA 92807
Ph: (714) 695-6637
Email: diane@attylsi.com

Attorney for Secured Creditor U.S. BANK, NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| In Re:<br><br>CAROL LEE DEPUYDT-MEIER,<br><br>    DEBTOR,<br><br>―――――――――――――――――<br><br>U.S. BANK, NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST<br><br>    MOVANT.<br><br>v.<br><br>CAROL LEE DEPUYDT-MEIER, DEBTOR; MARTHA G. BRONITSKY, CHAPTER 13 TRUSTEE, | CASE NO. : 20-41288<br><br>CHAPTER 13<br><br>DC No: DVW-001<br><br>**DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>DATE: 12/09/2020<br>TIME: 9:30 am<br>CTRM: 220<br>U.S. Bankruptcy Court<br>1300 Clay Street, Oakland, CA 94612<br><br>Honorable William J. Lafferty<br><br>Property: 61 Rudgear Drive,<br>              Walnut Creek, CA 94596 |

I, ___Calvin Dawson___ declares as follows:

1. I am over the age of 18 years, am not a party to the within action. I have personal knowledge of the following facts, unless stated otherwise herein, and if called upon to testify I could and would competently testify as to those matters set forth herein.

2. I am employed as an ___Calvin Dawson___ for RUSHMORE LOAN MANAGEMENT SERVICES, LLC ("RUSHMORE") mortgage loan servicer U.S. BANK, NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST, a Secured Creditor herein ("Movant") and in that capacity I am one of the custodians of the books, records, files, and documents which pertain to the subject loan naming CAROL LEE DEPUYDT-MEIER ("Debtor") as obligor. I am authorized to make this Declaration on Movant's behalf.

3. Said books, records, files and other documents are true and correct copies of originals or copies maintained in RUSHMORE's custody and control, and were prepared in the regular and normal course of RUSHMORE, Movant, or Movant's predecessor in interest by its employees who have a business duty to Movant, RUSHMORE and Movant's predecessor in interest to keep and maintain such records, at or near the time of acts, conditions, or events depicted herein. I have personally reviewed RUSHMORE's and Movant's records, and files regarding this loan and related issues, and as to the following facts, I either know them to be true of my own personal knowledge, or have gained knowledge of them from said books, records, and files.

4. On or about March 30, 2006, Debtor executed a Note in the sum of $600,000.00 naming DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A. as Payee. Said Note is secured by a Deed of Trust of even date in the sum of $600,000.00 naming DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A. as Beneficiary, recorded in the Office of the County Recorder of Contra Costa County on April 6, 2006 as Document No. 2006-0106478-00 and encumbering the real property located at 61 Rudgear Drive, Walnut Creek, CA 94596 (the "Property"). True and correct copies of the Note and Deed of Trust are attached hereto as Exhibits "1" and "2".

5. All beneficial interest in the Note and Deed of Trust were assigned to Movant. Movant, directly or through its Agent, is in possession, custody, and control of the original endorsed Note and Allonges attached thereto assigning all rights, title, and interest therein to Movant.

6. An Assignment of the Deed of Trust was recorded on October 4, 2012 as Document No 2012-0245207 assigning all right, title and interest in the Note and Deed of Trust to U.S. Bank, National Association. A subsequent Assignment of the Deed of Trust was recorded on January 28, 2019, Document No. 2019-0011296-00, assigning all right, title and interest in the Note and Deed of Trust to U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust, Movant herein, which Assignment was recorded in the Office of the Contra Costa County Recorder. A true and correct copy of the Assignments are attached hereto as Exhibit "3".

7. A Bankruptcy Petition was filed by Debtor on 08/03/2020.

8. A Notice of Default was recorded on 01/24/2020.

9. A Notice of Sale was recorded on 05/04/2020.

10. A Foreclosure Sale is currently set for December 17, 2020

11. At the time of the Debtor's Bankruptcy filing the total amount owing under the Note and Deed of Trust was no less than $924,688.73 with $402,065.78 in pre-petition mortgage arrears.

12. The monthly post-petition mortgage payment is currently $3,053.07.

13. Debtor has defaulted on the obligations due and owing Movant by failing to tender the monthly payments for September 1, 2020 through November 1, 2020 resulting in post-petition arrears of $9,159.21. Debtor has $0.00 in the suspense account, leaving a balance of arrears of $9,159.21. A true and correct copy of the post-petition accounting of the loan is attached hereto as Exhibit "4".

14. There is currently no loan modification application pending.

15. In addition to Movant's lien, Debtor's Schedules reveal that there is a junior lien encumbering the Property in favor of National City Bank, in the sum of $138,000.00.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed this <u>24th</u> day of <u>November 2020</u> at <u>11:20 am CST</u>.

*/s/ Cdn Davis*

4
DECLARATION OF IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY
Case: 20-41288    Doc# 105    Filed: 11/25/20    Entered: 11/25/20 10:22:32    Page 4 of 4