1 **CAROL D. MEIER**
**61 Rudgear Drive**
2 **Walnut Creek, CA 94596**
**(925) 580-8868**
3 **Debtor Pro Se**

### UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| Re: CAROL D. MEIER, Debtor, | CASE NO.: 20-41288<br>Chapt 13 Judge William J. Lafferty<br><br>[PROPOSED] ORDER GRANTING MOTION TO VALUE LIEN AND COLLATERAL<br><br>DATE: NOVEMBER 12, 2020<br>TIME: 1:30PM<br>PLACE: TELEPHONIC OR VIDEO |
|---|---|

WHEREAS the Motion To Value the property located at 61 Rudgear Dr., Walnut Creek, CA 94596, Docket Numbers 30, 31 and 54 was heard on November 12, 2020 at 1:30pm in the above entitled court located at 1300 Clay Street, Courtroom 201, Oakland, California 94612 before the Honorable William J. Lafferty.

WHEREAS B&B Funding, LLC withdrew its objection to the Motion to Value:

THEREFORE: upon considering the moving papers and the fact that B&B Funding, LLC withdrew their Objection (Docket #95) IT IS HEREBY ORDERED THAT:

The Property is worth less than the amount that the claimant for the First Deed of Trust, U.S. Bank, N.A., as Trustee, claims is owed on the First Deed of Trust, leaving no equity in the Property for B&B Funding, LLC. Debtor's Chapter 13 Plan may consider any claim by B&B Funding, LLC as unsecured. This Order shall have no effect on any other creditor's claim.

*END OF ORDER*

*[PROPOSED] ORDER GRANTING MOTION TO VALUE LIEN AND COLLATERAL*

PAGE 1

**COURT SERVICE LIST**

ECF Participants

*[PROPOSED] ORDER GRANTING MOTION TO VALUE LIEN AND COLLATERAL*