Martha G. Bronitsky, SBN 127583
Chapter 13 Standing Trustee
Nima Ghazvini, SBN 254758, Staff Attorney
PO Box 5004
Hayward, CA 94540
(510) 266 - 5580
(510) 266 - 5589
13trustee@oak13.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re

Carol Lee Depuydt-Meier

debtor(s)

Chapter 13 Case No. 20-41288-WJL13

**JOINT PREHEARING STATEMENT FOR TRUSTEE'S OBJECTION TO CONFIRMATION**

**HEARING DATE:** December 10, 2020
**HEARING TIME:** 1:30 pm
**LOCATION:** Courtroom 220

met and conferred with Pro Per on November 19, 2020. Remaining issues:

The Debtor has been corresponding with the Trustee's Head Paralegal regarding issues with the plan and case. Key issues surrounding the plan cannot be resolved until the debtor various objections to claim are resolved.

In the last email from the debtor she requested that the Confirmation portion of the calendar be continued until the Objections to Claims are resolved.

Plan payments are current, however the Fourth Amended Plan proposes a payoff of the plan via sale in the month of December 2020 which might not occur if the claim objections are still pending.

Date: December 03, 2020

/s/
_____
Signature of

| | |
|---|---|
| In re<br>    Carol Lee Depuydt-Meier<br>                  debtor(s) | Chapter 13 Case No. 20-41288-WJL13 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| | |
|---|---|
| Carol Lee Depuydt-Meier<br>61 Rudgear Drive<br>Walnut Creek, CA 94596 | Pro Per<br><br>(Counsel for Debtor) |
| (Debtor(s)) | |
| Date: 12/3/2020 | /s/ ECF only<br>_____<br>ECF only |