```
 1  Diane V. Weifenbach, Esq. (SBN 162053)
    LAW OFFICES OF DIANE WEIFENBACH
 2  5120 E. LaPalma Avenue, #209
    Anaheim, CA 92807
 3  Ph.: (714) 695-6637
 4  Fax: (714) 643-7474
    diane@attylsi.com
 5

 6  Attorneys for Secured Creditor U.S. BANK, NA AS
    LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6
 7  TITLE TRUST
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| In Re: | CASE NO.: 20-41288-WJL 13 |
| CAROL LEE DEPUYDT-MEIER, | CHAPTER 13 |
| Debtor. | **CERTIFICATE OF SERVICE** |
| | <u>Hearing</u><br>**Date: 12/10/2020**<br>**Time: 1:30 pm**<br>**CTRM: VIA ZOOM VIDEO OR TELECONFERENCE** |

I, HOPE UPHAM, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 5120 E. La Palma Ave., #209, Anaheim, CA 92807.

On December 11, 2020, I served the following document(s) described as:

- Order Terminating Automatic Stay
- Certificate of Service

CERTIFICATE OF SERVICE

Case: 20-41288    Doc# 115    Filed: 12/11/20    Entered: 12/11/20 17:14:25    Page 1 of 2

on the interested parties in this action as follows via U.S. Mail, postage prepaid:

    <u>Debtor:</u>
    Carol Lee Depuydt-Meier
    61 Rudgear Drive
    Walnut Creek, CA 94596

    [X]    (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Anaheim, California. I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service pursuant to which practice the correspondence is deposited with the U.S. Postal Service the same day in the ordinary course of business.

**SERVED BY NOTICE OF ELECTRONIC FILING (NEF) TO THE FOLLOWING:**

Debtor's Attorney: Pro Se
Ch. 13 Trustee: Martha G. Bronitsky - <u>13trustee@oak13.com</u>

U.S. Trustee: USTPRegion17.OAK.ECF@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on December 11, 2020, at Anaheim, California

    <u>/s/ Hope Upham</u>
    Hope Upham