Diane V. Weifenbach, Esq. (SBN 162053)
LAW OFFICES OF DIANE WEIFENBACH
5120 E. LaPalma Avenue, #209
Anaheim, CA 92807
Ph.: (714) 695-6637
Fax: (714) 643-7474
diane@attylsi.com

Attorneys for Secured Creditor U.S. BANK, NA AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST

The following constitutes the order of the Court.
Signed: December 15, 2020

*William J. Lafferty, III*
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| In Re: | CASE NO.: 20-41288-WJL 13 |
| CAROL LEE DEPUYDT-MEIER, | CHAPTER 13 |
| Debtor. | RS: DVW-001 |
| | **ORDER TERMINATING AUTOMATIC STAY** |
| | Date: 12/09/2020
Time: 9:30 a.m.
Ctrm: TeleConference
U.S. Bankruptcy Court |
| | Honorable William J. Lafferty, III |

A hearing on the Motion of Movant U.S. BANK, NA AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST ("Movant") for relief from the automatic stay concerning the Debtor and the real property located at 61 Rudgear Drive, Walnut Creek, CA, having been heard on the above date and time, via teleconference, the Honorable William J. Lafferty, III Presiding. Movant having appeared by and through its counsel, Diane V.

Weifenbach, Esq. and Debtor CAROL LEE DEPUYDT-MEIER having appeared on her own behalf, the Court, having reviewed the pleadings and records on file herein, and after considering the argument of the Debtor and counsel, and for the reasons stated on the record, the Court hereby orders as follows:

**IT IS HEREBY ORDERED:**

1. Movant's Motion is granted. The automatic stay is terminated as to Movant, U.S. BANK, NA AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST, its agents, successors and assigns, with regard to the Debtor, the Estate and the real property located at 61 Rudgear Drive, Walnut Creek, CA 94596.

2. Movant may exercise all of its rights and remedies under the Note and Deed of Trust and applicable law, including but not limited to the commencement, continuation and/or conclusion of the foreclosure proceedings against the Property.

3. The 14 day stay period of *Federal Rules of Bankruptcy Procedure, Rule 4001(a)(3)* is not waived.

**\*END OF ORDER\***

**COURT SERVICE LIST**

Debtor:

Carol Lee DePuydt-Meier
61 Rudgear Drive
Walnut Creek, CA 94596