Diane V. Weifenbach, Esq. (SBN 162053)
LAW OFFICES OF DIANE WEIFENBACH
5120 E. LaPalma Avenue, #209
Anaheim, CA 92807
Ph.: (714) 695-6637
Fax: (714) 643-7474
diane@attylsi.com

Attorneys for Secured Creditor U.S. BANK, NA AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST

The following constitutes the order of the Court.
Signed: December 16, 2020

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| In Re: | CASE NO.: 20-41288-WJL 13 |
| CAROL LEE DE PUYDT-MEIER, | CHAPTER 13 |
| Debtor. | **ORDER OVERRULING DEBTOR'S OBJECTION TO PROOF OF CLAIM #3 OF U.S. BANK, NA AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST** |
| | Date: 12/10/2020<br>Time: 1:30 pm<br>Ctrm: VIA ZOOM |

A hearing on Debtor's Objection to Proof of Claim #3 of U.S. BANK, NA AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST ("Creditor") having been heard on the above date and time, the Honorable William J. Lafferty, III Presiding, via Zoom/VideoConference. Diane V. Weifenbach, Esq. having appeared on behalf of

Creditor/Respondent and Debtor CAROL LEE DE PUYDT-MEIER, having appeared on her own behalf, *In Pro Se*. The Court, after considering the argument of the Debtor and counsel for Creditor, and having read and reviewed the pleadings, records and files herein, and for the reasons stated on the record, does hereby order as follows:

**IT IS ORDERED:**

1. Debtor's Objection to the Proof of Claim #3 filed on behalf of U.S. BANK, NA AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST is hereby overruled.

*END OF ORDER*

**COURT SERVICE LIST**

Debtor:

Carol Lee DePuydt-Meier
61 Rudgear Drive
Walnut Creek, CA 94596