CAROL D. MEIER,
Debtor,

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): Carol Lee DePuydt-Meier

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ❏ Plaintiff
   ❏ Defendant
   ❏ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☑ Debtor
   ❏ Creditor
   ❏ Trustee
   ❏ Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: Order Terminating Automatic Stay

2. State the date on which the judgment, order, or decree was entered: December 15, 2020

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Carol Lee DePuydt-Meier   Attorney: In Pro Per
   61 Rudgear Rd.
   Walnut Creek, CA 94596
   925-580-8868

2. Party: U.S. Bank, NA As Legal Trust   Attorney: Diane V. Weifenbach
   5120 E. LaPalma Ave. #209
   Anaheim, CA 92807
   714-695-6637

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

❑ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

/s/ Carol Lee Depuydt-Meier
Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: 12-29-2020

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):
Carol Lee DePuydt-Meier
61 Rudgear Rd.
Walnut Creek, CA 94596
925-580-8868

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]