# Notice Recipients

District/Off: 0971–4          User: tprorok                    Date Created: 1/6/2021
Case: 20–41288               Form ID: NTCRFBK               Total: 3

**Recipients of Notice of Electronic Filing:**
ust        Office of the U.S. Trustee/Oak          USTPRegion17.OA.ECF@usdoj.gov
aty        Diane V. Weifenbach          diane@attylsi.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Carol Lee DePuydt–Meier          61 Rudgear Drive          Walnut Creek, CA 94596

TOTAL: 1