Martha G. Bronitsky, SBN 127583
Chapter 13 Standing Trustee
Nima Ghazvini, SBN 254758, Staff Attorney
PO Box 5004
Hayward, CA 94540
(510) 266 - 5580
(510) 266 - 5589
13trustee@oak13.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re

Carol Lee Depuydt-Meier

debtor(s)

Chapter 13 Case No. 20-41288-WJL13

**JOINT PREHEARING STATEMENT FOR TRUSTEE'S OBJECTION TO CONFIRMATION**

HEARING DATE: **February 11, 2021**
HEARING TIME: **1:30 pm**
LOCATION: **Courtroom 220**

Martha G Bronitsky, Chapter 13 Trustee met and conferred with Pro Per on February 02, 2021. Remaining issues:

The Debtor has filed an appeal in relation to the Relief from Stay Order. The Debtor would like a continuance to prosecute her appeal as the outcome will be pivotal to this case.

The Trustee has no objection to a 4 month continuance.

Date: February 04, 2021

/s/ Martha G. Bronitsky
Signature of Martha G. Bronitsky
Standing Chapter 13 Trustee

| | |
|---|---|
| In re<br>　　Carol Lee Depuydt-Meier<br>　　　　　　　　debtor(s) | Chapter 13 Case No. 20-41288-WJL13 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| | |
|---|---|
| Carol Lee Depuydt-Meier<br>61 Rudgear Drive<br>Walnut Creek, CA 94596 | Pro Per<br><br>(Counsel for Debtor) |
| (Debtor(s)) | |
| Date: 2/4/2021 | /s/ ECF only<br>_____<br>ECF only |