Case: 21-1001, Document: 21, Filed: 06/28/2021 Page 1 of 1

Entered on Docket
June 29, 2021
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



FILED

JUN 28 2021

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

# UNITED STATES BANKRUPTCY APPELLATE PANEL

## OF THE NINTH CIRCUIT

---

In re: CAROL LEE DEPUYDT-MEIER

Debtor

-------------------------------

CAROL LEE DEPUYDT-MEIER

Appellant

v.

U.S. BANK, NA, as Legal Trustee

Appellee

BAP No. NC-21-1001-SFB

Bankr. No. 20-41288
Chapter 13

June 28, 2021

---

## JUDGMENT

ON APPEAL from the United States Bankruptcy Court for California Northern - Oakland.

THIS CAUSE came on to be heard on the record and the briefs of the parties.

ON CONSIDERATION WHEREOF, it is ordered and adjudged by this Panel that the judgment of the Bankruptcy Court is AFFIRMED.

**FOR THE PANEL,**

Susan M Spraul
Clerk of Court
**By:** Cecil Lizandro Silva, Deputy Clerk

**Date:** June 28, 2021