Martha G. Bronitsky, SBN 127583
Chapter 13 Standing Trustee
Sarah Velasco, #255873, Staff Attorney
PO Box 5004
Hayward, CA 94540
(510) 266 - 5580
(510) 266 - 5589
13trustee@oak13.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re

Carol Lee Depuydt-Meier

debtor(s)

Chapter 13 Case No. 20-41288-WJL13

**JOINT PREHEARING STATEMENT FOR TRUSTEE'S OBJECTION TO CONFIRMATION**

**HEARING DATE:** August 12, 2021
**HEARING TIME:** 1:30 pm
**LOCATION:** Courtroom 220

Martha G Bronitsky, Chapter 13 Trustee met and conferred with Pro Per on July 20, 2021. Remaining issues:

The Debtor appealed the Court's Relief from Stay Order to the B.A.P. The B.A.P. has affirmed the Order.

The Debtor has stated that she will be appealing to the Ninth Circuit Court of Appeals.

The Trustee does not believe further delay of confirmation is in the interest of any of the other Creditors. The property is no longer part of the estate and the Motion to Value is not needed. If the plan were to be confirmed the case could be completed and the debtor discharged of the unsecured debts.

Date: July 27, 2021

/s/ Martha G. Bronitsky
Signature of Martha G. Bronitsky
Standing Chapter 13 Trustee

| 1 | In re | |
|---|---|---|
| 2 | Carol Lee Depuydt-Meier<br>debtor(s) | Chapter 13 Case No. 20-41288-WJL13 |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| | |
|---|---|
| Carol Lee Depuydt-Meier<br>61 Rudgear Drive<br>Walnut Creek, CA 94596 | Pro Per<br><br>(Counsel for Debtor) |
| (Debtor(s)) | |
| Date: 7/27/2021 | /s/ Tiffany Chow<br>Tiffany Chow |