# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 5. Notice of Appeal from a Judgment or Order of the Bankruptcy Appellate Panel

Name of debtor: **Carol Lee Depuydt-Meier**

Bankruptcy Appellate Panel (BAP) case number: **NC-21-1001, NC-21-1002**

Date case was first filed in BAP: **12/29/2020**

Date of judgment or order you are appealing: **12/15/2020**

Fee paid for appeal? ○ Yes  ● No

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Debtor Carol Lee Depuytd-Meier

Is this a cross-appeal? ○ Yes  ● No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case? ○ Yes  ● No

If Yes, what is the prior appeal case number?

Your mailing address:

61 Rudgear Dr.

City: Walnut Creek    State: CA    Zip Code: 94596

Prisoner Inmate or A Number (if applicable):

**Signature** *[signed]*    Date 7/26/21

*Complete and file with the attached representation statement in the BAP*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Carol Lee Depuydt-Meier

Name(s) of counsel (if any):

> None

Address: 
Telephone number(s): 
Email(s): 

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> U.S. Bank, NA, as Legal Title Trustee

Name(s) of counsel (if any):

> Diane V. Weifenbach

Address: 5120 E. LaPalma Ave. #209
Telephone number(s): 714-695-6637
Email(s): Diane@attylsi.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Case: 20-41288  Doc# 186  Filed: 07/27/21  Entered: 07/27/21 16:45:19  Page 2 of 3

**Form 6**  1  *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

[                                                                    ]

Name(s) of counsel (if any):

[                                                                    ]

Address: [            ]

Telephone number(s): [            ]

Email(s): [            ]

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes    ○ No

**Appellees**

Name(s) of party/parties:

[                                                                    ]

Name(s) of counsel (if any):

[                                                                    ]

Address: [            ]

Telephone number(s): [            ]

Email(s): [            ]

Name(s) of party/parties:

[                                                                    ]

Name(s) of counsel (if any):

[                                                                    ]

Address: [            ]

Telephone number(s): [            ]

Email(s): [            ]

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Case: 20-41288   Doc# 186   Filed: 07/27/21   Entered: 07/27/21 16:45:19   Page 3 of 3

**Form 6**     2     *New 12/01/2018*