# Martha G. Bronitsky
Chapter 13 Standing Trustee
United States Bankruptcy Court

22320 Foothill Blvd, #150, Hayward, CA 94545-1541
All Mail to: P.O. Box 5004, Hayward, CA 94540-5004
Telephone: (510) 266-5580
Fax: (510) 266-5589

January 11, 2022

OFFICE OF THE UNITED STATES TRUSTEE
450 GOLDEN GATE AVE 5TH FL #05-0153
SAN FRANCISCO, CA 94102

Chapter 13 Case No.: 20-41288-WJL13
Re: Carol Lee Depuydt-Meier

We received a notification regarding claim# 4 filed by OFFICE OF THE UNITED STATES TRUSTEE. Check #720582 in the amount of $978.62 was issued to The Office of the United States Trustee on October 4, 2021. This check remains outstanding. 90 days have passed since this check was issued. The check is now stale dated and void. Please contact our office to have this check re-issued. If the address has changed, a Notice of Change of Address must be filed with court before we can update it in our system. If we do not receive a response to this letter by January 21, 2022 funds will be sent to the Bankruptcy Clerk.

We have no authority to stop distributions on the claim. If no further payments are required please file documentation with court stating no further payments are required from the Chapter 13 Trustee's office. To determine information regarding the claim - including the amount disbursed on the claim -- please review www.13network.com . All documents **MUST** be filed with the Bankruptcy court.

Oakland Bankruptcy Court
1300 Clay Street, Suite #300
Oakland, Ca 94612

Sincerely,

/s/ Martha G. Bronitsky
Martha G. Bronitsky
Chapter 13 Standing Trustee

CC:

Carol Lee Depuydt-Meier, 61 Rudgear Drive, Walnut Creek, CA  94596

Office Of The United States Trustee, 2500 Tulare St #1401, Fresno, CA  93721

Office Of The United States Trustee, 450 Golden Gate Ave 5Th Fl #05-0153, San Francisco, CA  94102

Yesk Law, 1850 Gateway Blvd #1080, Concord, CA  94520-8470